IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3132-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GUSTAVO GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that Defendant Gonzalez's **two-hour** evidentiary hearing and sentencing are rescheduled to **11 a.m.** on Friday, October 15, 2010, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

Dated September 20, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge